AO 91 (Rev. 11/11) Criminal Complaint

FILED

SEP 1 0 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
             DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Johnny George Gonzalez<br><br>Defendant(s) | Case No. EP-21-M-2018-RFC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 9, 2021** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt and Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached Probable Cause Statement hereby incorporated by reference as if fully restated herein.

☑ Continued on the attached sheet.

Oath Telephonically Sworn
At  1 : 10  PM
Fed.R.Crim.P.4.1(b)(2)(A)

Sworn to before me and signed in my presence.

Date: 9/10/2021

City and state: El Paso, Texas

*Complainant's signature*

Colette N. Baumle, Special Agent, FBI
*Printed name and title*

*Judge's signature*

Robert F. Castaneda, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent ("SA") Colette N. Baumle, herein after "Affiant," being duly sworn do hereby depose and state:

1. Affiant is a SA with the Federal Bureau of Investigation ("FBI") assigned to the El Paso Division. Affiant has been employed with the FBI since September 2015 and is currently assigned to the Violent Crimes Against Children Squad. As part of my duties and responsibilities as an FBI Special Agent, I am authorized to investigate crimes involving the sexual exploitation of children in violation of 18. U.S.C. §§2251 and 2252.
2. The information contained herein is based upon Affiant's own investigation, experience, and background as a SA as well as information supplied to me by other law enforcement officers ("Investigators"). Affiant has not included all facts known concerning this matter, but only facts necessary to set forth probable cause.
3. On August 3, 2021, FBI Dallas received a lead from the Ontario Provincial Police (OPP) via FBI headquarters stating that Canadian Law Enforcement (LE) had initiated an online investigation of a website, "Website A", accessible through "The Onion Router" also known as Tor. Website A is accessed through a Tor browser connecting to the dark web. Utilizing a fictitious online persona, Canadian LE was contacted by a member of Website A with the username "gustayoung." Gusta is the Spanish word for "to like." Gustayoung's profile picture on Website A depicted a photograph of child pornography.
4. Canadian LE located a chat room with conversations title "Gusta's Caps." Caps is a slang term for online recorded images or video captured files. Under the chat room conversations, user gustayoung posted four messages, each of the four messages contained pictures of child pornography. Underneath the image files were links to download the full videos. Gustayoung also posted the password to access the videos.
5. During their investigation, Canadian LE received an unsolicited private message from gustayoung. During the online conversation, gustayoung stated, "If you have KIK feel free to add me (Gusta10yo). I am active on there. Hope to hear from you soon! [smiley face emoji] Gusta".
6. Canadian LE provided the FBI with the KIK communications between the undercover LE identity of "Bridget" and Gusta10yo. The communication between Bridget and Gusta10yo primarily focused on their sexual interest in children, child pornography, and child erotica. During the communication Gusta10yo stated, "I've been with a teen girl in college. She was 13 when we met in a chat room. Best day of my life to be honest." When Bridget asked if thirteen-years-old was the age Gusta10yo liked best, Gusta10yo replied, "Ten is nice as well. Just to see the start of the development."
7. Gusta10yo further told Bridget he had an ex who knew about his "interest" because she found a video of a 13-year-old on his laptop dancing in the shower. Gusta10yo also told Bridget "I've seen my neighbors daughter one when she stayed the night with my daughter." Bridget asked, "Seen her what?" Gusta10yo replies, "Seen her naked" Bridget asked, "Did your neighbor daughter show u her body or did u peeky peek??" Gusta10yo replied, "She showed me…never felt my heart race like it did."

8. Over the application KIK, Gusta10yo shared a link with Bridget to his files on imgscr.ru. Imgsrc.ru is a popular Russian website known for hosting child sex abuse material, to include child pornography and child erotica. The link Gusta10yo provided contained approximately 2000 images files within approximately 90 folders. Many of the files were spycam and voyeuristic image and video files. The files captured images and videos primarily of female children and teens at stores, to include the toy section, and other places. The files depicted close ups of the buttocks and crotch areas of multiple different female children.

9. Through investigative methods, law enforcement determined the KIK user Gusta10yo resolved back to **Johnny George Gonzalez.**

10. On September 9, 2021 El Paso Division FBI executed a search warrant at the residence of Gonzalez; a residence located within the Western District of Texas. After being advised of his Miranda Rights, Gonzalez waived his rights and agreed to speak with Investigators without a lawyer present. An audio recorded interview was conducted wherein Gonzalez stated he had communicated with a female named Bridget with whom he called "B" over the application KIK. Gonzalez stated he had an account with - and posted to - imgsrc.ru, further stating that he had been a member since approximately 2015. Gonzalez also confirmed he was a member of Website A and accessed it approximately once a week. From reading about Website A in other forums, Gonzalez stated he knew Website A distributed child pornography. Gonzalez confirmed his username for Website A was gustayoung and Gusta10yo for KIK. Gonzalez stated only he had access to his Website A profile, and he did not allow anyone else access to his profile and that he was "solely responsible" for his account.

11. Gonzalez stated he downloaded child pornography that was posted on the dark web forum "Chan" as well as from the application Omegle before the child pornography was deleted from Chan and Omegle. Gonzalez would then upload the images/videos he downloaded from these sites and saved them to Website A. The dark web is part of the internet. The internet is a facility of interstate and foreign commerce.

12. During a preliminary review of Gonzalez's cellular telephone, which was seized contemporaneously with the execution of the warrant, Affiant observed an application which contained several dozen images of child pornography. The females in the images were prepubescent and engaging in various sexual acts to include but not limited to exposing their vagina and/or anus, performing oral sex on what appears to be the penis of an adult male, penis to vagina penetration, anal penetration, and digital penetration of the vagina with what appears to the hand of an adult male.

13. There is reason to believe, and your Affiant does believe, there is probable cause that **Johnny George Gonzalez**, while using a facility of interstate and foreign commerce, did receive and distribute child pornography in violation of Title 18, United States Code Section § 2252(a)(2) Receipt and Distribution of Child Pornography.

_____
Special Agent Colette N. Baumle
Federal Bureau of Investigation


SUBSCRIBED AND SWORN TO BEFORE ME ON SEPTEMBER ____, 2021.


_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE