IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | Case No. EP-21-CR-01657-FM |
| v. § | |
| § | |
| JOHNNY GEORGE GONZALEZ, § | |
| § | |
| Defendant. § | |

## JOINT MOTION FOR IN-PERSON SENTENCING

The United States of America, by and through the United States Attorney for the Western District of Texas and the Defendant, Johnny George Gonzalez, by and through his counsel, respectfully ask this Court to conduct an in-person sentencing hearing in the above-captioned case, or alternatively, continue the sentencing hearing until such time as it can conduct an in-person hearing.

On October 6, 2021, a federal grand jury returned a six-count indictment charging the defendant with crimes related to the production, distribution, advertisement, and possession of child sexual abuse material. On April 25, 2022, the defendant pleaded guilty to an eleven-count Information charging him with one count of Aggravated Sexual Abuse of a Child and ten counts of Production of Child Pornography. These charges arise out of the sexual abuse of five female minor children beginning in 2014 and continuing through August 2021. A sentencing hearing is set for July 13, 2022, at 11:00am. The sentencing is to be held by Zoom.

Pursuant to the Crime Victims' Rights Act, four of the five families have expressed a strong desire to be heard at the sentencing, as they wish to inform the Court how they have been impacted by this betrayal of trust and friendship. Two of those families indicated early in

1

the case that they intended to travel to El Paso for sentencing if the case resulted in a conviction. On April 28, 2021, the undersigned Assistant United States Attorney contacted each of the families to inform them of the upcoming sentencing hearing as well as informing them that the sentencing would be held by Zoom. Two of the families indicated that they would like to appear by Zoom or other teleconference system. However, three of the families have asked the Government to write to the Court respectfully seeking permission to appear in person for the upcoming sentencing. Even realizing that it would require a seven-hour drive to El Paso or would result in a continuance until such time as an in-person hearing was safe, each of these families indicated that having an in-person hearing would best serve their needs.

Also on April 28, 2022, the assigned Assistant United States Attorney contacted Louis Lopez regarding this motion to the Court. Mr. Lopez indicated that, given the high minimum mandatory sentence and the seriousness of the offense, the defendant would join in a request to hold an in-person hearing.

The reasons for this request are numerous. Certainly, sentencing is one of the most important stages of a criminal proceeding. Both the defendant and the victims have a right to address the Court at the time of sentencing. The defendant faces a minimum sentence of 30 years imprisonment. His conduct spans nearly eight years and new victims continue to be identified. The Parties feel it would be important to have the Court observe the defendant's demeanor in imposing sentence as well as that of the victim who chose to provide a statement. Video teleconferencing ("VTC") is a poor substitute for in-person presentation, particularly when there are numerous families, including minor children involved.

For these foregoing reasons, the Parties respectfully requests that the Court conduct an in-person sentencing hearing given the unique issues presented. Moreover, the Government respectfully requests that the two families who cannot travel be allowed to appear by Zoom or via

teleconference.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY


By:      /s/_____          /s/_____
MICHELLE A. WINTERS                LOUIS E. LOPEZ, Esq.
Assistant U.S. Attorney            Counsel for the Defendant
New York Registration #5327473     Texas Bar # 00787923
700 E. San Antonio, Suite 200      416 N. Stanton Street, Suite 400
El Paso, Texas 79901               El Paso, Texas 79901
(915) 534-6884                     (915) 543-9800

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 9th of May, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will, in turn, send notification of said filing to following through the CM/ECF System:

Louis E. Lopez, Counsel for the Defendant.

          /s/_____
MICHELLE A. WINTERS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | Case No. EP-21-CR-01657-FM |
| v. § § | |
| JOHNNY GEORGE GONZALEZ, § § | |
| Defendant. § | |

### **ORDER**

On this day, this Court considered the Parties' Joint Motion for In-Person Sentencing, filed in the above-entitled and numbered case.

This Court, having considered the same, hereby finds that the Joint Motion should be GRANTED.

IT IS SO ORDERED this _____ day of _____, 2022.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

4